

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,093-01

**EX PARTE ANTHONY MOLINA, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. CR16001830-F(1) IN THE 214TH DISTRICT COURT
## FROM NUECES COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of burglary of a habitation, third-degree deadly conduct, misdemeanor deadly conduct, and evading arrest. He was sentenced to imprisonment for one term of twenty years, two terms of ten years, and one term of one year. The Thirteenth Court of Appeals affirmed the judgment of conviction in his burglary case. *Molina v. State*, No. 13-17-00171-CR (Tex. App.—Corpus Christi June 28, 2018) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that the State engaged in misconduct, the trial court erred, and trial and appellate counsel were ineffective. On December 18, 2019, his application was denied in part and

dismissed in part. Before disposing of his application, we ordered the Nueces County District Clerk to respond to Applicant's claim that he was charged $23.00 for the State's response to his application. On October 30, 2019, we received her response. She stated that Applicant was inadvertently charged $23.00 for the State's response and that he would be refunded the $23.00. In a letter dated July 20, 2020, Applicant notified this Court that he had not yet received a refund, despite sending a request in March to the District Clerk. In late August, the District Clerk advised General Counsel of this Court that her office would be sending Applicant a check and that she would send this Court documentation that she had done so. As of today, we have not received documentation. Accordingly, we withdraw our previous disposition of this application and order the District Clerk to send to this Court documentation that Applicant was refunded $23.00. She shall respond within ten days of the date of this order.

Filed: February 24, 2021
Do not publish